USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET NO. M-21-2030

__LAREDO__ DIVISION

FILE: 2021R07457　　MAG#: L-21-2169-L
__INDICTMENT__　　Filed: October 19, 2021

Judge: __RANDY CRANE__

UNITED STATES OF AMERICA

VS.

ATTORNEYS:

JENNIFER B. LOWERY, ACTING USA
JAMES H. STURGIS, AUSA

**ANGEL HUERTA-GARAY**

**CHARGE:**　　Ct. 1: Smuggling Goods from the United States
　　　　　　　　[18 USC 554 & 2]

　　　　　　　　Notice of Forfeiture

**TOTAL COUNTS: 1**

**PENALTY:** Ct. 1: 0 to 10 years and/or $250,000 Fine, $100 special assessment,
　　　　　　　　Not more than a three (3)-year term of supervised release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: