UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 7:21−cr−02030

Angel Huerta Garay

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  10/28/2021

**TIME:**  01:00 PM

**TYPE OF PROCEEDING:**  Arraignment

Date:   October 20, 2021

Nathan Ochsner, Clerk